LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Ashley M. Calvillo, CSB No.: 340128
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails:  longyear@longyearlaw.com
         cahill@longyearlaw.com
         calvillo@longyearlaw.com

Attorneys for Defendant,
Meeks

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| ERIC HATTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MEEKS, #791 SAC CO. MAIN JAIL,<br><br>　　　　Defendant. | Case No.: 2:21-CV-01551-TLN-CKD (PC)<br><br>**ORDER MODIFYING THE SCHEDULING ORDER** |

　　　For good cause appearing, IT IS HEREBY ORDERED that Defendant Meeks' Request to Modify the Scheduling Order is granted to the extent that all pending deadlines are vacated and will be reset as necessary by the court upon resolution of the plaintiff's motion for summary judgment and defendants' motion to strike.

　　　**IT IS SO ORDERED.**

Dated:  April 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE