UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DEWAYNE HATTON,<br><br>  Plaintiff,<br><br>  v.<br><br>MEEKS,<br><br>  Defendant. | No. 2:21-cv-01551-TLN-CKD<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 22, 2023 (ECF No. 38) are ADOPTED IN FULL; and
2. This action is DISMISSED without prejudice for failure to prosecute. *See* Local Rule 183(b).
3. All pending motions (ECF Nos. 26, 30) are DENIED as moot.
4. The Clerk of Court is directed to close this case.

Date:  August 4, 2023

_____
Troy L. Nunley
United States District Judge